# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>One Priority Mail parcel bearing Priority Mail number 9505513908468346200514, measuring approx. 12" x 15" x 12" and addressed to "Ellen Hosey, 1033 Pallas St, Philadelphia, PA 19104", | ) <br> ) Case No. 18-2061-M<br> )<br> ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One Priority Mail parcel bearing Priority Mail number 9505513908468346200514, measuring approx. 12" x 15" x 12" and addressed to "Ellen Hosey, 1033 Pallas St, Philadelphia, PA 19104."

located in the Eastern District of Pennsylvania, there is now concealed *(identify the person or describe the property to be seized)*: Controlled Substances or evidence of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, United States Code, Section 841(a)(1), distribution of a controlled substance.

The application is based on these facts: See Affidavit of Probable Cause Attached hereto and incorporated herein

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days:) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David B. Bannan, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 21, 2018

*Judge's signature*

HONORABLE JACOB P. HART
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: PHILADELPHIA, PA.

## ATTACHMENT A

### Property to Be Searched

A United States mail parcel bearing Priority Mail number 9505513908468346200514, addressed to "Ellen Hosey, 1033 Pallas St, Philadelphia, PA 19104" from "Linden Hosey, 1919 San Vincenta, LA, CA 90016." The parcel is a brown cardboard box measuring approximately 12" x 15" x 12" and weighs approximately 10.6 lbs. The parcel was mailed from Los Angeles, California on December 12, 2018 and is presently in the custody of the USPS OIG in the U.S. Postal Inspection Service Narcotics Office.

## AFFIDAVIT

I, David Bannan, being duly sworn, state:

1.      I am a Special Agent of the United States Postal Service (USPS), Office of Inspector General (OIG). I have been employed as a Special Agent since July 2015. As part of my duties as a Special Agent, I investigate the use of the U.S. Mails to illegally transport controlled substances and drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses specifically pertaining to internal corruption or misconduct within the United States Postal Service. Through my education and experience and that of other agents assisting in this investigation, I have become familiar with the methods that individuals use to traffic narcotics through the U.S. Mail.

2.      Based on my training and experience with the USPS OIG, along with discussions with other agents about their experience, I have become familiar with the mechanics of the parcel delivery services and have developed a good understanding of the appeal these services have for those who choose them for the illegal transportation of controlled substances. Parcel delivery services offer rapid and dependable service for most metropolitan areas. Parcels are guaranteed for delivery in the number of specified days, with a refund if the parcel does not meet the service standards. To the smuggler, the refund is a minor consideration, but parcels delayed beyond the normal delivery time serve to alert the recipient that the authorities may have discovered the controlled substances. Additionally, parcel delivery services use assigned label numbers, which make it easy for the parcels to be tracked. The sender is given a time of shipment, plus the weight of the parcel.

3. On December 17, 2018, the USPS OIG identified a suspect Priority Mail package bearing Priority Mail number 9505513908468346200514 (hereinafter referred to as the "Subject Parcel"). The Subject Parcel is a brown cardboard box with a Priority Mail label on it. It was mailed from California on December 12, 2018, and has the following characteristics:

| | |
|---|---|
| Priority Mail No.: | 9505513908468346200514 |
| Measuring approx.: | 12" x 15" x 12" |
| Return Address: | Linden Hosey<br>1919 San Vincenta<br>LA, CA 90016 |
| Delivery Address: | Ellen Hosey<br>1033 Pallas St<br>Philadelphia, PA 19104 |

4. A query of the return address of the Subject Parcel, through the law enforcement Database "Accurint" indicated that the address did not exist. No one by the name of "Linden Hosey" resides in Los Angeles, California, based on a query in "Accurint." On December 14, 2018, investigators interviewed Jeffery Stamps subsequent to his arrest for possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. Stamps advised investigators that he has requested for narcotics to be mailed to 1033 Pallas St, Philadelphia, PA 19104 in the past. He also stated that he was expecting to receive additional parcels containing narcotics. I am further aware, based upon my training and experience, that California is a known source state for controlled substances.

5. From my training and experience, and the experience of other agents, I know that drug dealers who send controlled substances by the mail or other package delivery services will often use a fictitious return address name and/or a fictitious delivery addressee name when they

are shipping parcels containing controlled substances. Additionally, I know that drug dealers will place a fictitious return address on a parcel that does not correspond to the area from which the parcel is shipped. They use these subterfuge techniques in order to prevent the mailer of the package from being located.

6. On December 19, 2018, the Subject Parcel was exposed to a drug detection canine named "Quattro." Quattro is handled by Officer Robert Bennett Badge # 22 with the Upper Darby Township Police Department. Officer Bennett has been with the Upper Darby Township Police Department since 2007 and he has been a K9 handler since 20014. The North American Police Working Dog Association (USPCA) along with the United States Police Canine Association certifies Officer Bennett and K9 Quattro on an annual basis, and Officer Bennett and K9 Quattro have ongoing maintenance training every month during the year. In November 2017, Officer Bennett and K9 Quattro successfully completed the certification and are certified in the detection of the following substances: marijuana, crack cocaine, cocaine, and heroin and was certified in the detection of these same substances by the USPCA in April 2018. Officer Bennett advised investigators that Quattro alerted positive to the presence of illegal narcotics inside the Subject Parcel.

7. The Subject Parcel is currently located at the United States Postal Inspection Service Narcotics Office within the Eastern District of Pennsylvania.

8. Based on the above information which I believe to be true and correct, I believe that the Subject Parcel contains controlled substances sent from Los Angeles, California, to Philadelphia, Pennsylvania via Priority Mail delivery services, and that the use of the Priority Mail delivery services will facilitate the delivery of the controlled substances.

9. Accordingly, I respectfully request that the Court to find probable cause and issue a search warrant authorizing the opening and search of the Subject Parcel which is believed to contain controlled substances in violation of Title 21, United States Code, Section 841(a)(1).

David Bannan
Special Agent-USPS OIG

Sworn to and Subscribed Before Me
This 21st day of December, 2018.

HONORABLE JACOB P. HART
*UNITED STATES MAGISTRATE JUDGE*